1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants
   CITY OF SANTA ROSA, SANTA ROSA POLICE DEPT.; and
6  DAN JONES an officer of the SRPD (erroneously sued herein
   as D. JONES #381)
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT FOWLER,                          CASE NO. C 15-1182 EDL

12          Plaintiff,
                                           **STIPULATION AND [~~PROPOSED~~]**
13     v.                                  **ORDER RE CONTINUANCE OF**
                                           **SETTLEMENT CONFERENCE**
14 CITY OF SANTA ROSA, SANTA ROSA
   POLICE DEPARTMENT, OFFICER D.           42 U.S.C. § 1983
15 JONES #381; and DOES 1-10, inclusive,
                                           Date:  September 18, 2015
16          Defendants.                    Time:  11:00 a.m.
                                   /       Ctrm:  tbd
17                                                1301 Clay St., Oakland, CA

18                                         Before:  Mag. Judge Kandis A. Westmore

19

20 TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21     IT IS HEREBY STIPULATED by and between plaintiff ROBERT FOWLER

22 (FOWLER) and Defendants CITY OF SANTA ROSA and DAN JONES (collectively,

23 CITY), through their respective counsel of record, as follows:

24     1.   Counsel of record Fritsch and Sax met and conferred, and agree that the

25 acquisition of additional evidence will facilitate the Settlement Conference.  To wit,

26 CITY will obtain the testimony of plaintiff Fowler, and percipient witnesses Casey

27 Fowler and Angela Chamberlin.   FOWLER will obtain the testimony of Officers JONES

28 and Mann.

                                        1

2. Counsel estimate that this work can be accomplished and evaluated in six weeks;

3. This matter is set for a mandatory Settlement Conference before Judge Westmore on September 18, 2015;

4. Trial is set for June 13, 2016.  The court has not set a due date for completion of the MSC;

5. Counsel for CITY and plaintiff FOWLER agree that in the interests of judicial economy and justice, all would benefit from a continuance of the Settlement Conference to a continued Conference date on or after October 25, 2015 to be determined by the court.

SO STIPULATED:

Dated: September 10, 2015

/s/
_____
Richard Sax
Attorney for Plaintiff

Dated: September 10, 2015                OFFICE OF THE CITY ATTORNEY

/s/
_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, the present September 18, 2015 Settlement Conference date is vacated.  The Settlement Conference shall be continued to 11/23/15, and all briefing shall be based on the continued Conference date.

IT IS SO ORDERED.

Dated: 9/11/15

_____
Hon. Kandis A. Westmore
Magistrate Judge, U.S. District Court

2