**Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiff,
ROBERT FOWLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FOWLER, | CASE NO.: C 15-1182-EDL |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| CITY OF SANTA ROSA; SANTA ROSA POLICE DEPARTMENT; Officer D. Jones #381; and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff ROBERT FOWLER (FOWLER) and Defendants CITY OF SANTA ROSA and DAN JONES (collectively, CITY) through their respective counsel of record as follows:

1. Counsel for Fowler has a conflict in Solano County Superior Court on November 23, 2015 at 11:00 a.m., which after several attempts, cannot be changed.

2. Counsel agree to continue to Settlement Conference to January 25, 2016 at 11:00 a.m. or to a date that is convenient for the court.

IT IS SO STIPULATED:

*Fowler v. SRPD/Stipulation and Order*

1

Dated: November 20, 2015

_____
Richard Sax, Attorney for Plaintiffs

Dated: November 20, 2015

_____
John J. Fritsch, Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, the Settlement Conference is continued to 01/27/16 at 10:00 a.m. The parties shall submit updated settlement conference statements 10 days before.

DATED: 11/20/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge