UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FOWLER,<br>          Plaintiff,<br>    v.<br>CITY OF SANTA ROSA, et al.,<br>          Defendants. | Case No.  15-cv-01182-EDL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 71 |

      On March 3, 2016, Defendants requested that the Court issue an order to show cause why a contempt citation should not issue against Casey Fowler. 28 U.S.C. § 636(e)(4) provides that "[i]n any case in which a United States magistrate judge presides with the consent of the parties. . . the magistrate judge may exercise the civil contempt authority of the district court." Id.; see also Leadsinger, Inc. v. Cole, 2006 WL 2266312, at *20 (S.D.N.Y. Aug. 4, 2006) (imposing civil contempt sanctions). "[C]ivil contempt is appropriate when a party fails to comply with a specific and definite court order." Balla v. Idaho State Bd. of Corr., 869 F.2d 461, 466 (9th Cir. 1989). The moving party bears the burden of proof by clear and convincing evidence. Id.

      Here, Defendants state that they served Mr. Fowler with a subpoena to testify on January 21, 2016. (Fritsch Decl. Ex. A.) The subpoena commanded Mr. Fowler to attend a deposition on February 25, 2016. (Id.) Defendants state that Mr. Fowler failed to attend this deposition. (Id. ¶ 4.) However, the Parties represent that Mr. Fowler has now agreed to attend a deposition on March 9, 2016. (Dkt. 72 ¶ 5.) Accordingly, Mr. Fowler is hereby ORDERED to show cause why a contempt citation should not issue. Mr. Fowler is warned that a financial penalty is a possible contempt sanction. Mr. Fowler's response of no more than 6 pages to this order shall be filed no later than March 23, 2016. No response is required if Mr. Fowler attends the March 9, 2016

1  deposition.  It is further ORDERED that the Parties shall file a brief joint update by March 10,

2  2016 indicating whether Mr. Fowler attended the March 9, 2016 deposition.

3  **IT IS SO ORDERED.**

4  Dated: March 8, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge

2